UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| James Marciano, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:10-cv-00678-MRK |
| One Financial Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, ONE FINANCIAL CORPORATION

Plaintiff, James Marciano, by and through his counsel, hereby requests the Clerk of the Court enter default against Defendant One Financial Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("FRCP") on the grounds that Defendant has failed to answer this matter's Complaint and has failed to appear or otherwise defend this action. Lemberg Aff. ¶ 4.

Cesar Doe accepted service on behalf of Defendant on May 24, 2010, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2. Neither Plaintiff nor the Court has granted Defendant extensions of time to respond to the Complaint. *Id.* ¶ 3. On information and belief, Defendant is neither an infant nor an incompetent person nor in the military service. *Id.* ¶¶ 5-6.

DATED: July 8, 2010

Respectfully submitted,

/s/ Sergei Lemberg
Sergei Lemberg (425027)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2010, a copy of the foregoing Request for Entry of Default and supporting affidavit was served electronically to the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of the foregoing was also mailed by first-class mail, postage prepaid to the parties listed below:

One Financial Corporation
13681 Newport Avenue, Suite 8 #365
Tustin, California 92780

/s/ Sergei Lemberg
Sergei Lemberg, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| James Marciano, | : |
| Plaintiff, | : Civil Action No.: 3:10-cv-00678-MRK |
| v. | : |
| One Financial Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## AFFIDAVIT OF SERGEI LEMBERG IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT, ONE FINANCIAL CORPORATION

I, Sergei Lemberg, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Connecticut and the United States District Court for the District of Connecticut. I am the attorney for the Plaintiff, James Marciano. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On May 4, 2010, Plaintiff filed the Complaint in this case against Defendant, One Financial Corporation. Attached as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting the Cesar Does as having accepted service on behalf of the Defendant on May 24, 2010.

3. The Defendant has not been granted an extension to answer by the Plaintiff.

4. The Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's counsel of record.

5. Upon information and belief, the Defendant is neither an infant nor an incompetent.

6. Upon information and belief, the Defendant is not a member of the military.

I declare under penalty of perjury that the above is true and correct. Executed pursuant to the laws of the State of Connecticut on July 8, 2010, at Stamford, Connecticut.

                                        /s/ Sergei Lemberg
                                        Sergei Lemberg, Esq.