**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **James Marciano,** | |
| **Plaintiff,** | **Civil Action No.: 3:10-cv-00678** |
| v. | |
| **One Finance Corporation; and DOES 1-10, inclusive,** | |
| **Defendant.** | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

James Marciano ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: August 23, 2010**

**Respectfully submitted,**

**PLAINTIFF, James Marciano**

**/s/ Sergei Lemberg**

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile:  (877) 795-3666**
**slemberg@lemberglaw.com**

**CERTIFICATE OF SERVICE**

  **I hereby certify that on August 23, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

          **By /s/ Sergei Lemberg**

            **Sergei Lemberg**